**Dismissal and Opinion Filed July 2, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01338-CV**

**COPELAND CONCRETE CONTRACTORS, INC., Appellant**
**V.**
**SPECIALTY SOLUTIONS CONSTRUCTION, LLC, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-06619**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

121338F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COPELAND CONCRETE
CONTRACTORS, INC., Appellant

No. 05-12-01338-CV     V.

SPECIALTY SOLUTIONS
CONSTRUCTION, LLC, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 11-06619.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered July 2, 2013


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE